THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CASSIUS HOTALING, Appellant.

*People* v. *Hotaling*, 142 App. Div. 899, affirmed.
(Argued January 18, 1911; decided February 7, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 15, 1910, which affirmed a judgment of the Dutchess County Court rendered upon a verdict convicting the defendant of the crime of arson in the third degree.

*W. Farrington* and *George Card* for appellant.

*John E. Mack, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ.  Dissenting: WILLARD BARTLETT, J.